IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-10113
_____

UNITED STATES OF AMERICA

                                        Plaintiff-Appellee

                    versus

JOSEPH CLIFTON CHARLES

                                        Defendant-Appellant

                    - - - - -
        Appeal from the United States District Court for the
                    Northern District of Texas
                    - - - - -

            ON PETITION FOR REHEARING EN BANC

    (Opinion December 10, 2001, 5 Cir., 2001, _____F.3d____)

                    (February 27, 2002)

BEFORE:  KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
         SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
         BENAVIDES, STEWART, PARKER, DENNIS and CLEMENT, Circuit
         Judges.

BY THE COURT:

        A member of the Court in active service having requested
a poll on the petition for rehearing en banc and a majority of
the judges in active service having voted in favor of granting a
rehearing en banc,

        IT IS ORDERED that this cause shall be reheard by the
court en banc with oral argument on a date hereafter to be fixed.
The Clerk will specify a briefing schedule for the filing of
supplemental briefs.